UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JAMES MCCARTER, JR., <br><br>Plaintiff, <br><br>v. <br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE, et al., <br><br>Defendants. | Case No. 5:21-00015 RGK (ADS) <br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint filed by Plaintiff Clarence J. McCarter, Jr., (Dkt. No. 1), the Report and Recommendation issued by Magistrate Judge Autumn D. Spaeth, (Dkt. No. 19), and the record in this case. A review of the docket reflects that Plaintiff did not file objections, and the deadline for filing objections has passed.

//

//

//

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation, (Dkt. No. 19), is accepted;

2. The case is dismissed with prejudice as time barred;

3. Plaintiff's request to proceed without prepayment of filing fees is denied, (Dkt. No. 2.); and

4. Judgment is to be entered accordingly.

DATED: July 20, 2021

                                               *Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
United States District Judge