JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JAMES MCCARTER, JR., | Case No. 5:21-00015 RGK (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice and in its entirety.

DATED: July 20, 2021

*Gary Klausner*

THE HONORABLE R. GARY KLAUSNER
United States District Judge